**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DONNA GRIFFIN,

      Plaintiff,

vs.                               CASE NO. 5:06cv129/RS

JO ANNE B. BARNHART, Commissioner
of Social Security,

      Defendant.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 20).

**IT IS ORDERED:**

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Plaintiff's Amended Motion To Dismiss Complaint (Doc. 19) is granted, and this case is dismissed without prejudice.

3.      The clerk is directed to close the file.

ORDERED on February 21, 2007.

                    /S/ Richard Smoak_____

                    **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**